IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. CR-11-056-JHP |
| | ) | |
| WILLIAM GENE MCKINLEY III, | ) | |
|     *Defendant.* | ) | |

# DISMISSAL

COMES NOW, the plaintiff, the United States of America, by and through United States Attorney Mark F. Green and Assistant United States Attorney D. Edward Snow, pursuant to Fed.R.Crim. P. 48(a), moves to dismiss without prejudice the Indictment against William Gene McKinley III, returned and filed in this cause August 9, 2011, for the reason that the defendant's military court-martial conviction which would have required him to register as a Sex Offender was reversed on appeal on June 30, 2011.

    Respectfully submitted,

    MARK F. GREEN
    United States Attorney


    s/D. Edward Snow
    D. Edward Snow OBA #16439
    Assistant United States Attorney


NOW on this 11th day of August, 2011, leave of Court is granted to permit the United States Attorney leave to dismiss the initial Indictment of defendant William Gene McKinley, III, returned and filed in this cause on August 9, 2011.

    *[signature]*
    James H. Payne
    United States District Judge
    Eastern District of Oklahoma